UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JAMIE G., O/B/O O.F., A MINOR,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:19-CV-06249-MAT<br><br><br>ORDER |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will instruct the Administrative Law Judge to:

- Reevaluate, with the assistance from a medical expert if necessary, the severity of Plaintiff's impairments; and

- Reevaluate whether Plaintiff's impairments meet or medically equal the Listings, of whether she functionally equals the Listings.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

Page 1     ORDER - [3:19-CV-06249-MAT]

DATED this 9th day of September, 2020.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Ryan Lu
RYAN LU
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2034
Fax:  (206) 615-2531
ryan.lu@ssa.gov